# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 17-61074MP |
| | Citizenship: GUATEMALA |
| Isabel Adelaila Mendoza-Pablo | DOA: 10/08/2017 |
| YOB: 1999 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about October 8, 2017, near San Luis, Arizona in the District of Arizona, Defendant Isabel Adelaila MENDOZA-Pablo, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Guatemala and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on October 8, 2017.

File Date: 10/10/2017                                              at Yuma, Arizona

*Roger Keller, Border Patrol Agent*

Sworn to before me and subscribed in my presence,

Date signed: 10/10/2017

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: E5MF1T5KV

Magistrate Information Sheet

Complaint: Isabel Adelaila Mendoza-Pablo

Criminal History: NONE

Immigration History: NONE